UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| **TINA L. MCQUEEN, Administrator of** the Estate of Robert W. McQueen, Jr. : | **CIVIL ACTION NO. 0-1-02-155** |
| **Plaintiff,** : | |
| vs. : | **Judge Weber** |
| **BARGE VESSEL OR 4797, et al.** : | |
| **Defendants.** : | |

IN RE: MIDLAND ENTERPRISES, INC.          C-1-02-639

**JOINT STATUS REPORT**

The parties have reached a tentative settlement with respect to the wrongful death action. In exchange for the payment of $30,000.00, the parties have agreed to resolve the wrongful death action and all other related tort claims. Plaintiff specifically reserves al rights arising under the Ohio Bureau of Workers' Compensation for benefits paid or payable as a result of the injuries and death of Robert W. McQueen, Jr. It is the intent of the parties that this settlement in no way affect Robert W. McQueen, Jr.'s survivors' eligibility and right to continue to participate in the Workers' Compensation Fund and/or to receive future benefits from the Ohio Bureau of Workers' Compensation relating to the injuries and death of Robert W. McQueen, Jr.

The Plaintiff will dismiss with prejudice her claims against all the Defendants. Midland Enterprises and its affiliated companies and vessels will dismiss cross claims against Osage and CGB as they relate to limitation and indemnity or contribution pertaining to the tort claims. CGB

will dismiss its third party complaint against Cincinnati Bulk Terminals.

Midland Enterprises will pursue the action with respect to contractual indemnity from CGB. Additionally, it has recently been discovered that CNA/MOAC issued a protection and indemnity insurance policy for the time period in question naming Midland Enterprises and its affiliated companies as additional insureds. Midland Enterprises has acquired permission from CGB and CNA/MOAC to resolve the tort claims reserving rights to pursue claims in contract for indemnity from CGB and coverage and indemnity from CNA/MOAC. It may be necessary to institute an additional action or amend the within action to include CNA/MOAC.

With respect to the wrongful death claims, Tina McQueen must obtain probate approval. We anticipate that can be done within the next 30-45 days.

Respectfully submitted,

_____
Donald C. Adams, Jr.
**Rendigs, Fry, Kiely & Dennis, LLP**
One West Fourth St., Suite 900
Cincinnati, Ohio  45202-3688
Phone:  (513) 381-9361
Counsel for Defendant, Barge Vessel OR
 4797 and Midland Enterprises, Inc.


_____
Steven C. Schletker
**Schletker, Hornbeck & Moore**
415 Garrard Street
Covington, Kentucky  41011
(859) 491-7487
Counsel for Claimant, Tina McQueen

_____
Ronald E. Fox
**Fox & Galvin**
One Memorial Dr., 8th Floor
St. Louis, Missouri  63102
(314) 588-7000
Counsel for Osage Marine Services Inc.

_____
Douglas E. Hart
**Frost Brown Todd LLP**
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6709
Counsel for Cincinnati Bulk Terminals

_____
Steven B. Belgrade
**Belgrade & O'Donnell PC**
Civic Opera Building
20 North Wacker Drive
Chicago, Illinois  60606
(312) 422-1700
Counsel for Claimant, Consolidated
  Grain & Barge Co.

_____
Vincent P. Antaki
**Reminger & Reminger, Co., L.P.A.**
7 West Seventh St., Suite 1900
Cincinnati, Ohio  45202
(513) 721-1311

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent by facsimile and regular U.S. mail, postage prepaid, this ____ day of September, 2003 to:

Steven C. Schletker, Esq.  
Schletker, Hornbeck & Moore  
415 Garrard Street  
Covington, Kentucky  41011

Steve Belgrade, Esq.  
Belgrade & O'Donnell, PC  
Civic Opera Building  
20 North Wacker Drive  
Chicago, Illinois  60606

Ronald E. Fox, Esq.  
Fox Galvin, LLC  
One Memorial Drive, 8th Floor  
St. Louis, Missouri  63102

Douglas Hart, Esq.  
Frost Brown Todd LLP  
2200 PNC Center, 201 E. Fifth St.  
Cincinnati, Ohio  45202

Vincent P. Antaki  
Reminger & Reminger, Co., L.P.A.  
7 West Seventh St., Suite 1900  
Cincinnati, Ohio  45202

                                                                            _____  
                                                                           Donald C. Adams, Jr.

208-274