IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TINA L. MCQUEEN

    Plaintiff

v                                        Civil: C-1-02-155

BARGE VESSEL OR 4797, et al

    Defendant

## ORDER

The above styled case is before the Court on Defendants Motion to Extend Discovery Cut-Off Date and Join Additional Parties (#47). The Court upon review of the record, and with no objection by Plaintiff hereby GRANTS said motion.

Parties are hereby directed to submit an agreed proposed scheduling order within ten (10) days of this Order.

**IT IS SO ORDERED.**

                                                            s/Herman J. Weber
                                                    **Herman J. Weber, Senior Judge**
                                                    **United States District Court**