UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TINA  L. MCQUEEN, Administrator | : | CIVIL ACTION NO. 1:02cv155 |
| of the Estate of Robert W. McQueen, Jr. | : | |
| | : | Judge Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| BARGE VESSEL OR 4797, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**IN RE MIDLAND ENTERPRISES, INC.CIVIL ACTION NO. 01-02-639**

**MOTION TO EXTEND PROPOSED CUT-OFF FOR JOINING OTHER
PARTIES AND FURTHER AMENDMENT OF THE PLEADINGS**

**COME NOW** Defendants Barge Vessel OR 4797, The Ohio River Company,

Ohio River Company LLC, Midland Enterprises, Inc. and Midland Enterprises LLC's (hereinafter

referred to collectively as  "Midland"), and move the Court for an extension of thirty (30) days of

paragraph 1 of the Agreed Scheduling Order setting cut-off for joining other parties and further

amendment of the pleadings from December 30, 2003, to January 30, 2004.

As we more fully set forth in the attached memorandum, counsel for Midland and

Consolidated Grain and Barge Company are in the middle of settlement discussions but the

holidays have made contact difficult.  An additional thirty (30) days is requested to determine

whether in fact the remaining aspects of this action can be settled prior to institution of a third-

party action.

This motion is supported by the attached memorandum and separately filed

Affidavit of Donald C. Adams, counsel for Midland.

Respectfully submitted:

s/**Donald C. Adams**
Adams Attorney Bar No.: 002701
Trial Attorney for Defendants, Barge Vessel OR 4797
and Midland Enterprises, Inc.
**RENDIGS, FRY, KIELY & DENNIS, L.L.P.**
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
P:      513/381-9200
F:      513/381-9206
E:      dadams@rendigs.com

## MEMORANDUM

All matters in controversy between the Plaintiff in this case and Defendants have

been settled and resolved.  Releases are being exchanged and executed with the dismissal entry to

be filed in the near future.  At issue are the claims remaining between the various Defendants.

Pursuant to a Joint Submission of Proposed Agreed Scheduling Order, counsel

agreed to proposed dates as set forth in the Agreed Scheduling Order attached to the Joint

Submission.

The Joint Submissions set December 30, 2003 for cut-off for joining other parties

and further amendment of the pleadings.

One of the issues remaining in this case is the position of Midland that it should

have been provided insurance coverage as an additional insured under Consolidated Grain and

Barge Enterprises' insurance policies, including a policy with MOAC.  Among  other arguments,

Midland maintains that its settlement payments in resolution of the Plaintiff's claims as well as defense costs should be born by Consolidated Grain or its insurance carrier under a duty to indemnify and duty to defend.

Settlement discussions are ongoing with counsel for Consolidated Grain and Barge Enterprises, but, the intervening holidays have slowed settlement discussions.

As indicated in the attached Affidavit of Donald C. Adams, he has been in contact with counsel for Consolidated Grain and Barge Enterprises, and Consolidated Grain has no objection to extension of the cut-off for joining other parties and further amendment of the pleadings to January 30, 2004.

In order to avoid the unnecessary filing of a third-party action and amendment of the pleadings if resolution is possible, Midland Enterprises, without objection of Consolidated Grain, respectfully request an additional thirty (30) days to attempt to resolve the remaining aspects of this action prior to filing complaints against additional parties.

Respectfully submitted:

s/**Donald C. Adams**
Adams Attorney Bar No.: 002701
Trial Attorney for Defendants, Barge Vessel OR 4797
and Midland Enterprises, Inc.
RENDIGS, FRY, KIELY & DENNIS, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, OH 45202-3688
P:      513/381-9200
F:      513/381-9206
E:      dadams@rendigs.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2003 I electronically filed the foregoing Motion to Extend with the Clerk of Courts using the CM/ECF system. I further certify that a copy of the foregoing has been sent by regular U.S. mail, postage prepaid, this 29th day of December 2003, to:

Steven C. Schletker, Esq.
Schletker, Hornbeck & Moore
415 Garrard Street
Covington, Kentucky  41011

Steve Belgrade, Esq.
Belgrade & O'Donnell, PC
Civic Opera Building
20 North Wacker Drive
Chicago, Illinois  60606

Ronald E. Fox, Esq.
Fox Galvin, LLC
One Memorial Drive, 8th Floor
St. Louis, Missouri  63102

Douglas Hart, Esq.
Frost Brown Todd LLP
2200 PNC Center, 201 East Fifth Street
Cincinnati, Ohio  45202

Vincent P. Antaki, Esq.
Reminger & Reminger, Co., L.P.A.
7 West Seventh Street, Suite 1900
Cincinnati, Ohio  45202

s/**Donald C. Adams**
Adams Attorney Bar No.: 002701