# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TINA L. MCQUEEN,** Administrator of the Estate of Robert W. McQueen, Jr. | : | **CIVIL ACTION NO. 0-1-02-155** |
| | : | |
| | : | **Judge Weber** |
| **Plaintiff,** | : | |
| vs. | : | |
| **BARGE VESSEL OR 4797,** et al. | : | |
| **Defendants.** | : | |

**IN RE MIDLAND ENTERPRISES, INC.    CIVIL ACTION NO. 01-02-639**

## ORDER

The above styled case is before the Court on Defendants Motion to Extend the Proposed Cut-off Date for Joining Other Parties and Further Amendment of the Pleadings (#50). The Court upon review of the record, and with no objection hereby GRANTS that motion. Paragraph 1 of the Agreed Scheduling Order is hereby amended setting cut-off for joining other parties and further amendment of the pleadings from December 30, 2003 to January 30, 2004.

**IT IS SO ORDERED.**

                                              s/Herman J. Weber
                                   **HERMAN J. WEBER,** SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT