UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MCQUEEN,

       Plaintiff

   v.                          C-1-02-155

BARGE VESSEL,

       Defendant

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that they require additional time to settle the above action as to all defendants;

Pursuant to their request, the Order of Dismissal previously filed in this case is hereby AMENDED provided that any of the parties may, upon good cause shown by March 26, 2004 reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                  _____s/Herman J. Weber\_\_\_\_\_
                                  Herman J. Weber, Senior Judge
                                  United States District Court