UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TINA L. MCQUEEN, Administrator of the Estate of Robert W. McQueen, Jr. | CIVIL ACTION NO. 0-1-02-155 |
| | Judge Weber |
| Plaintiff, | |
| vs. | AGREED ORDER |
| BARGE VESSEL OR 4797, et al. | |
| Defendants. | |

IN RE MIDLAND ENTERPRISES, INC. CIVIL ACTION NO. 01-02-639

By agreement of counsel, and for good cause shown, **IT IS HEREBY ORDERED AND ADJUDGED** that Ingram Barge Company has no further obligation to maintain the limitation bond in the within action.

**IT IS SO ORDERED.**

_____
HERMAN J. WEBER, SENIOR JUDGE
UNITED STATES DISTRICT COURT

/s/ Donald C. Adams, Jr.
Donald C. Adams, Jr.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth St., Suite 900
Cincinnati, Ohio 45202-3688


/s/ Steven S. Schletker
Steven C. Schletker, Esq.
Schletker, Hornbeck & Moore
415 Garrard Street
Covington, Kentucky 41011

#359856
August 10, 2004 (FJG 208-274)

-1-